UNITED STATES COURT OF APPEALS
For the Fifth Circuit

---

No. 96-10615
Summary Calendar

---

J. M. MITCHELL; THOMAS C. MOORE,

Plaintiffs - Counter Defendants - Appellees,

VERSUS

THE CADLE COMPANY, an Ohio Corporation,

Defendant - Counter Claimant -
Cross Claimant - Appellant,

COMBINED FINANCIAL CORPORATION,

Defendant - Cross Defendant - Appellee.

---

Appeal from the United States District Court
For the Northern District of Texas
(2:94-CV-353)

---

December 6, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Cadle Company appeals a judgment against

---

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

it in this case brought under the federal and Texas fair debt collection statutes. 15 U.S.C. § 1692a *et seq*; Tᴇx. Rᴇv. Cɪv. Sᴛᴀᴛ. Aɴɴ. art. 5069-11.01 *et seq*. The jury found in favor of plaintiffs J. M. Mitchell and Thomas C. Moore, awarding the pair $5,000 each in actual damages, $20,000 in punitive damages and attorneys' fees.

Having reviewed the briefs of the parties, the record excerpts and relevant portions of the record, we are persuaded that the district court committed no reversible error. Accordingly, the judgment of the district court is

**AFFIRMED.**